AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

PETER STROJNIK,

      Plaintiff(s),

      V.

HOST HOTELS & RESORTS, INC.
dba ANDAZ MAUI AT WAILEA
RESORT,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 19-00136 JMS-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

May 26, 2020

At 2 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is dismissed and judgment is entered pursuant to the "Order Granting Defendant's Motion To Dismiss Without Leave To Amend, ECF No. 55" filed on May 26, 2020, ECF No. 62.

 

May 26, 2020

Date

LIAN ABERNATHY

Clerk

/s/ Lian Abernathy by J.O.

(By) Deputy Clerk